PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. William James Huffstutter**

**Docket No. 0:01CR000064-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **William James Huffstutter** who was sentenced for Possession of Child Pornography on August 10, 2001, by the Honorable Richard H. Kyle, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Mental health aftercare
- Sex offender treatment
- No computer or access to any on-line computer service
- Financial disclosure
- No association with persons under age 18
- Sex offender registration

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #3: The defendant shall not possess or use a computer or other electronic device with access to any on-line computer service without prior written approval of the U.S. Probation Office. This includes any Internet service provider, bulletin board system, or any other public or private computer network.

On March 31, 2005, Mr. Huffstutter participated in a routine polygraph examination as part of his sex offender treatment. The poligrapher rendered the opinion that the defendant was deceptive in answering the questions. Mr. Huffstutter was questioned about his deceptive responses. He admitted to using a computer and specifically to accessing the Internet without prior approval from the probation officer. Mr. Huffstutter acknowledged that he violated the conditions of his supervised release.

SCANNED
APR 05 2005
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall reside in a community corrections center for a period of up to six (6) months to commence on a date as directed by the probation officer and in accordance with bed space availability. The defendant shall observe the rules of the community corrections facility.

ORDER OF THE COURT

Considered and ordered this 4/4 day of April, 2005, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Richard H. Kyle
U.S. District Judge
c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Dennis E. Bresnahan
U.S. Probation Officer

Executed on April 4, 2005
Place St. Paul