Prob 49

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. William James Huffstutter

Docket No. 0:01CR00064-1(RHK)

## HEARING WAIVER

I, William James Huffstutter, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall reside in a community corrections center for a period of up to six (6) months to commence on a date as directed by the probation officer and in accordance with bed space availability. The defendant shall observe the rules of the community corrections facility.

Signed:
William James Huffstutter
Probationer

Dated: 4-1-05

Witness:
Travis L. Cormaney
U.S. Probation Officer

SCANNED
APR 0 5 2005
U.S. DISTRICT COURT ST. PAUL