Prob 22 (Rev. 03/97)

| TRANSFER OF JURISDICTION | DOCKET NO. (Transferring Court) 0:01CR00064-001(RHK) |
|---|---|
| APR 25 2005 | DOCKET NO. (Receiving Court) 05-CR-180 D |

| NAME AND ADDRESS OF * | DISTRICT | DIVISION |
|---|---|---|
| William James Huffstutter | MINNESOTA | |
| | NAME OF SENTENCING JUDGE: Richard H. Kyle | |
| | DATES OF SUPERVISION FROM 05/26/2003 | TO 05/25/2006 |

GREGORY C. LANGHAM

OFFENSE

Possession of Child Pornography

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

Date 4/5/05

Richard H. Kyle United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

4/21/05
Effective Date

United States District Judge

SCANNED
MAY 05 2005
U.S. DISTRICT COURT ST. PAUL